IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **PORFIRO R. BARNES,** | ) | Civil Action No. 7:12-cv-00067 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **S.K. YOUNG,** *et al.*, | ) | By:  Norman K. Moon |
| Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that defendants motions for summary judgment (Docket Nos. 31, 50) are **GRANTED**; and the Clerk shall **STRIKE** this action from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the parties.

**ENTER**:  This __13th__ day of September, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE